```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

              JUN 13 2007
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISMA MAMADOU BA,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | CASE NO. C07-0422-TSZ-JPD<br><br>ORDER DENYING STAY OF REMOVAL AND DISMISSING ACTION |

The Court, having reviewed petitioner's motion for stay of removal, Dkt. #6, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's motion for stay of removal, Dkt. #6, is DENIED, and this action is DISMISSED.

(3)  The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 13th day of June, 2007.

_____
THOMAS S. ZILLY
United States District Judge

ORDER DENYING STAY OF REMOVAL
AND TERMINATING ACTION
PAGE – 1

07-CV-00422-ORD